IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| VERRAGIO, LTD.<br><br>      Plaintiff,<br><br>vs.<br><br>MASTER CASTING & CAD,<br><br>      Defendant. | Case No. 1:16-cv-07072<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

     Plaintiff Verragio, Ltd. ("Verragio") and Defendant Master Casting & CAD ("Master Casting"), having resolved the above-entitled action pursuant to a Confidential Settlement Agreement and Release between them, hereby stipulate and agree pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) that this action, be and hereby is dismissed with prejudice in its entirety, with each party to bear its own attorneys' fees and costs.

     **Respectfully submitted,**

TUCKER ELLIS LLP

By: /s/Nathan T. Newman
    Nathan T. Newman – ARDC #6322359
    Tucker Ellis LLP
    233 South Wacker Drive, Suite 6950
    Chicago, IL 60606
    Telephone: 312.624.6300
    Facsimile: 312.624.6309

       and

    Howard A. Kroll
    Admission Pro Hac Vice
    howard.kroll@tuckerellis.com
    515 South Flower Street, 42nd Floor
    Los Angeles, California 90071
    Telephone:   213-430-3400
    Facsimile:   213-430-3409

LINDSAY, RAPPAPORT & POSTEL, LLC

By: /s/Christopher J. Pickett
    Christopher J. Picket (6287096)
    Avery Kerr Gordon (6319201)
    LINDSAY, RAPPAPORT & POSTEL, LLC
    10 S. LaSalle St., Suite 1301
    Chicago, IL 60603
    cpickett@lrplawfirm.com
    Direct: 312.596.7779
    agordon@lrplawfirm.com
    Direct: 312.734.8974

1213088.1